Sean P. Killeen, SBN 320644
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street
San Francisco, CA  94111
Telephone:  415.659.2600
Facsimile:   415.659.2601
Email:  skilleen@bakerlaw.com

*Attorneys for Defendant*
WISNER BAUM, LLP

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No.: 2:26-cv-01017<br><br>**STIPULATION TO STAY ACTION PENDING MEDIATION** |
| MATTHEW RUTLEDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No.: 2:26-cv-01033 |
| ERIC DENNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No. 2:26-cv-01075 |
| MAX WINER, individually and on behalf of all others similarly situated,<br><br>Plaintiff, | Case No. 2:26-cv-01157 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT PENDING
MEDIATION
CASE NO.: 2:26-CV-01017

v.

WISNER BAUM, LLP

Defendant.

RAFAEL HERNANDEZ, on behalf of his child D.H. and on behalf of all others similarly situated,

Plaintiff,

v.

WISNER BAUM, LLP

Defendant.

Case No. 2:26-cv-01527

WHEREAS, Plaintiff Donna Hartman, Matthew Rutledge, Eric Denney, Max Winer, and Rafael Hernandez ("Plaintiffs") and Defendant Wisner Baum, LLP ("Wisner Baum") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, there were five (5) putative class actions filed in the United States District Court, Central District of California:

1. *Donna Hartman v. Wisner Baum, LLP*, No. 2:26-cv-01017 filed on January 30, 2026;

2. *Matthew Rutledge v. Wisner Baum, LLP*, No. 2:26-cv-01033 filed on February 2, 2026;

3. *Eric Denney v. Wisner Baum, LLP*, No. 2:26-cv-01075 filed on February 2, 2026;

4. *Max Winer v. Wisner Baum, LLP*, No. 2:26-cv-01157 filed on February 4, 2026;

5. *Rafael Hernandez v. Wisner Baum, LLP*, No. 2:26-cv-01527 filed on February 13, 2026.

- 2 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, on February 9, 2026, Plaintiff Hartman filed a Motion to Consolidate the *Hartman*, *Rutledge*, *Denney*, and *Winer* actions ("Consolidated Action"), which was granted by this Court on March 5, 2026;

WHEREAS, on March 5, 2026, Defendant filed a Notice of Non-Opposition to Plaintiff's Motion for Consolidation in the *Hartman* action, requesting that this Court grant consolidation and include the *Hernandez* action within the consolidated docket and schedule;

WHEREAS, on March 23, 2026, Defendant filed a Stipulation to Consolidate Actions, Vacate Current Response Deadlines, and Set Defendant's Deadline to Respond to the Consolidated Complaint, which this Court granted on March 30, 2026;

WHEREAS, Plaintiffs Donna Hartman, Matthew Rutledge, Eric Denney, Max Winer, and Rafael Hernandez filed their consolidated complaint in the action on April 3, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently May 4, 2026;

WHEREAS, the Parties have agreed to discuss potential early resolution of this matter.

WHEREAS, a mediation is scheduled for June 3, 2026, with John Thornton of JAMS as the mediator, which may resolve the claims in this case.

WHEREAS, the Parties further agree that it would be beneficial to adjourn the deadlines for Defendant's response to Plaintiffs' Complaint and otherwise stay the matter, including discovery, until July 15, 2026, to allow the Parties to focus their efforts and resources on potential resolution of the matter, at which time the Parties shall file a joint status report.

The Parties respectfully request that the Court enter an order accordingly.

STIPULATION TO STAY ACTION PENDING MEDIATION
CASE NO.: 2:26-CV-01017

DATED: April 22, 2026     **BAKER & HOSTETLER LLP**

By:     */s/ Sean P. Killeen*
Sean P. Killeen

*Attorneys for Defendant*
WISNER BAUM, LLP

DATED: April 22, 2026     **COLE & VAN NOTE**

By:     */s/ Scott E. Cole*
Scott E. Cole

*Attorneys for Plaintiff*
DONNA HARTMAM

DATED: April 22, 2026     **MILBERG, PLLC**

By:     */s/ John J. Nelson*
John J. Nelson

*Attorneys for Plaintiff*
RAFAEL HERNANDEZ

DATED: April 22, 2026     **WUCETICH & KOROVILAS LLP**

By:     */s/ Jason M. Wucetich*
Jason M. Wucetich

*Attorneys for Plaintiff*
MATTHEW RUTLEDGE

DATED: April 22, 2026     **EDELSON LECHZIN LLP**

By:     */s/ Eric Lechtzin*
Eric Lechtzin

*Attorneys for Plaintiff*
MAX WINER

DATED: April 22, 2026     **STRAUSS BORRELLI PLLC**

By:     */s/ Andrew G. Gunem*
Andrew G. Gunem

*Attorneys for Plaintiff*
ERIC DENNEY

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## <u>ATTESTATION</u>

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Sean P. Killeen*
SEAN P. KILLEEN

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -