Casie D. Collignon (*Pro Hac Vice Forthcoming*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone:  303.861.0600
Facsimile:   303.861.7805

Sean P. Killeen (SBN 320644)
skilleen@bakerlaw.com
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:  415.659.2600
Facsimile:   415.659.2601

*Attorneys for Defendant*
WISNER BAUM, LLP

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No.: 2:26-cv-01017-SVW-AS<br><br>**DECLARATION OF DAVID SCHMALZ IN SUPPORT OF DEFENDANT WISNER BAUM, LLP'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; [Proposed] Order; and Declaration of Sean P. Killeen]*<br><br>Date:        June 22, 2026<br>Time:        1:30pm<br>Ctrm:       10A<br>Judge:      Hon. Stephen V. Wilson<br><br>Action Filed: April 3, 2026 |
| MATTHEW RUTLEDGE, individually and on behalf of all others similarly situated, | Case No.: 2:26-cv-01033 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiff,

v.

WISNER BAUM, LLP

Defendant.

ERIC DENNEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WISNER BAUM, LLP

Defendant.

Case No. 2:26-cv-01075

MAX WINER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WISNER BAUM, LLP

Defendant.

Case No. 2:26-cv-01157

RAFAEL HERNANDEZ, on behalf of his child D.H. and on behalf of all others similarly situated,

Plaintiff,

v.

WISNER BAUM, LLP

Defendant.

Case No. 2:26-cv-01527

DECLARATION OF DAVID SCHMALZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT
CASE NO. 2:26-CV-01017-SVW-AS

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## DECLARATION OF DAVID SCHMALZ

I, David Schmalz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. I submit this declaration in support of Defendant Wisner Baum, LLP's ("Wisner") Motion to Dismiss Plaintiffs' Class Action Complaint. The facts set forth herein are based on my personal knowledge and/or my review of the business records maintained by Wisner in the ordinary course of its business, including the data incident investigation report prepared by a forensic team engaged by Wisner. If called as a witness, I could and would testify competently to the truth of the matters stated herein.

2. At all relevant times I was and am the IT Manager for Wisner. In my capacity as IT Manager, I had access to, was authorized to review, and am still familiar with, information concerning Wisner's information technology systems and the investigation into the data incident described herein.

3. Wisner retained ProTek IT Solutions, Inc. to provide maintenance and support for its hardware and software. ProTek IT used SonicWall which provides cloud backup service.

4. On September 17, 2025, SonicWall disclosed a security incident that resulted in the exposure of a limited scope of cloud backup credentials and time-based one-time password (TOTP) seeds, which did not include disclosure about any risk to Wisner's cloud backups. On October 8, 2025, SonicWall revised the scope and confirmed that all cloud backups and TOTP seeds were compromised in its data security incident. *See* https://www.sonicwall.com/support/notices/mysonicwall-cloud-backup-file-incident/kA1VN0000000RoD0AU.

5. On October 9, 2025, Wisner identified and began addressing a cybersecurity incident that involved unusual activity within its network (the "Data Incident"). The earliest evidence of threat actor activity in the Wisner network

1

environment occurred on the SonicWall SSL VPN on October 8, 2025. At this time, the threat actor successfully authenticated to the SSL VPN using a valid account and password compromised in the SonicWall data security incident. There was no evidence of brute-force login attempts involving the impacted user accounts, and the Wisner Time-based One-Time Password (TOTP) Multi-factor authentication (MFA) was satisfied during authentication attempts.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this on the 4th day of May, 2026, in Los Angeles, California.

_____
David Schmalz

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF DAVID SCHMALZ IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT
CASE NO. 2:26-CV-01017-SVW-AS