Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Grace Van Note, Esq. (CA S.B. #310160)
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Email:      sec@colevannote.com
Email:      lvn@colevannote.com
Email:      mtf@colevannote.com
Email:      LegalDept@colevannote.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DONNA HARTMAN, MATTHEW RUTLEDGE, ERIC DENNEY, MAX WINER, JULIA WIEAND, and RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff

v.

WISNER BAUM, LLP,

Defendants.

Case No. 2:26-cv-01017

**NOTICE OF VOLUNTARY DISMISSAL**

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800

-1-

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs Donna Hartman, Matthew Rutledge, Eric Denney, Max Winer, Julia Wieand, and Rafael Hernandez hereby give notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: June 9, 2026        By:    */s/ Scott Edward Cole*
Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:   (510) 891-7030
Email:       sec@colevannote.com
Email:       lvn@colevannote.com
Email:       mtf@colevannote.com
Email:       legaldept@colevannote.com

*Attorneys for Representative Plaintiff Hartman and the Plaintiff Classes*

Andrew G. Gunem (No. 354042)
agunem@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
2261 Market Street, Ste 22946
San Francisco, California 94114
T: (872) 263-1100
F: (872) 263-1109

*Attorneys for Representative Plaintiff Denney and Plaintiff Wieand and the Plaintiff Classes*

Jason M. Wucetich (CA S.B. #222113)
jason@wukolaw.com
Dimitrios V. Korovilas (CA S.B. # 247230)
dimitri@wukolaw.com
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201

*Attorneys for Representative Plaintiff Rutledge and the Plaintiff Classes*

Notice of Voluntary Dismissal
Case No.: 2:26-cv-01017

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800



**MILBERG, PLLC**
John J. Nelson (SBN # 317598)
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Phone: (858) 209-6941
Email: jnelson@milberg.com

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner (CAL BAR # 220340)
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Email: bbleichner@chesnutcambronne.com

*Attorneys for Representative Plaintiff*
*Hernandez and the Plaintiff Classes*

Eric Lechtzin (I.D. # 248958)
Marc H. Edelson (Pro Hac Vice anticipated)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300 Newtown,
PA 18940 Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com
medelson@edelson-law.com

*Attorneys for Representative Plaintiff Winer*
*and the Plaintiff Classes*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-

Notice of Voluntary Dismissal
Case No.: 2:26-cv-01017

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Scott Edward Cole*
Scott Edward Cole

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800

-4-

Notice of Voluntary Dismissal
Case No.: 2:26-cv-01017